UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**WILTON IRVON LOMBARD, JR.,**

    Plaintiff,

v.                                     **No. 4:22-cv-0779-P**

**UBER, ET AL.,**

    Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 7. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that Plaintiff's Motion to Proceed in Forma Pauperis (ECF No. 2) and Motion for Relief (ECF No. 6) are both **DENIED.**

The Court further informs Plaintiff that unless the filing and administrative fees of $402.00[1] are paid **within seven (7) days** after this order, the complaint (ECF No. 1) will be dismissed without further notice under Rule 41(b). FED. R. CIV. P.41(b).

---

[1] In addition to the filing fee of $350, the District Court Miscellaneous Fee Schedule requires payment of an administrative fee for filing a civil action in District Court of $52.00. *See* 28 U.S.C § 1914(a); *District Court Miscellaneous Fee Schedule*, note 14.

**SO ORDERED** on this **5th day** of **October 2022.**

*[Signature: Mark T. Pittman]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

2